## Joe D. Gavin et ux. v. Howard Webb et al.

Application No. 22,444.   Decided January 20, 1937.
Rehearing overruled February 10, 1937.
(101 S. W., 2d Series, 217.)

*Clark, Harrell & Clark,* of Greenville, for plaintiffs in error.

*Mayo W. Neyland* and *Morgan & Morgan,* all of Greenville, for defendants in error.

Per Curiam.—This case is dismissed for want of jurisdiction under the provisions of Section 6 of Article 1728, R. C. S., 1925.   In this connection we wish to say that we are in disagreement with much that is said in the opinion of the Court of Civil Appeals, but in spite of this we think that if we should grant this writ we would be compelled to affirm this case.

Opinion delivered January 20, 1937.

### ON REHEARING.

We are of the opinion that appellant's brief in the Court of Civil Appeals was sufficient and should have been considered in its entirety.   In spite of this we have examined this record and all briefs, and are of the opinion that correct judgments were entered by the two lower courts.

Opinion delivered February 10, 1937.